AO 440 (Rev. 05/00) Summons in a Civil Action                    65100/0966LIT-4531

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al.,

          Plaintiffs,

V.

RALPH NERI SEWER SERVICE, INC., an Illinois
corporation,

          Defendant.

CASE NUMBER: 08CV2012

ASSIGNED JUDGE: JUDGE COAR

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Ralph Neri Sewer Service, Inc.
c/o Anthony Neri, registered agent
10016 South Avenue L
Chicago, Illinois 60617

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Douglas A. Lindsay
    John W. Loseman
    Lisa M. Simioni
    Brian T. Bedinghaus
    Lewis Overbeck & Furman, LLP
    20 N. Clark St., Suite 3200
    Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

April 9, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 20th, 2008 |
| NAME OF SERVER *(PRINT)* Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally handed the Summons and the Complaint to Mrs. Jacqueline Neri, the Corporate Secretary of the defendant, Ralph Neri Sewer Service, Inc. Service was effected at 40 Golf View Lane, in Frankfort, Illinois, at the hour of 2:35 p.m., on April 20'th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 20'th, 2008         *Philip P. Ducar*
             Date                       Signature of Server

             Post Office Box # 911
             Tinley Park, Illinois 60477
             _____
             Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.