IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of Plumbers' Pension Fund Local 130, U.A., etc., et al <br><br> Plaintiffs, <br><br> v. <br><br> RALPH NERI SEWER SERVICE, INC., <br><br> Defendant. | Case No. 08 C 2012 <br><br> Judge Coar, Room 1419 <br> Magistrate Judge Valdez |

## NOTICE OF MOTION

To:   Douglas A. Lindsay
      Lewis, Overbeck & Furman, LLP
      135 South LaSalle Street, Suite 2300
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 27th day of May 2008, at 9:00 a.m. Ralph Neri Sewer Service, Inc. shall appear before the Honorable David H. Coar, Room 1419, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and present the attached motion. A copy of this motion accompanies this notice and is hereby served upon you.

                                                    RALPH NERI SEWER SERVICE, INC.

                                                    By: _____
                                                           One of its attorneys

Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty#31216149

## CERTIFICATE OF SERVICE

    I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Motion for Leave to File Answer Late to be served on the below-named attorney, by first class mail, on this 19th day of May 2008.

Douglas A. Lindsay
Lewis, Overbeck & Furman, LLP
135 South LaSalle Street, Suite 2300
Chicago, IL 60603

                                                                   Burr E. Anderson