I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of Plumbers' Pension Fund Local 130. U.A., etc., et al | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 08 C 2012 |
| RALPH NERI SEWER SERVICE, INC., | ) ) | Judge Coar, Room 1419 Magistrate Judge Valdez |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Douglas A. Lindsay
      Lewis Overbeck Furman, LLP
      20 N Clark St., Suite 3200
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that defendant, by its attorney, is filing its Answer to Complaint with the United States District Court, Dirksen Building, 219 S Dearborn, Chicago, IL 60604, on this 27th day of May 2008. A copy of this Answer is attached hereto and is hereby served upon you.

RALPH NERI SEWER SERVICE, INC.

By: _____
   One of its attorneys

**OF COUNSEL:**
Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
Atty# 3121649
burranderson@employmentlawillinois.com

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Answer to be served on the below-named attorney by first class mail, on this 27th day of May 2008.

Douglas A. Lindsay
Lewis Overbeck Furman, LLP
20 N Clark St., Suite 3200
Chicago, IL 60602

Burr E. Anderson