## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

James T. Sullivan, et al.
          Plaintiff,

v.                Case No.: 1:08−cv−02012
                Honorable David H. Coar

Ralph Neri Sewer Service, Inc.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

  MINUTE entry before the Honorable David H. Coar: Motion hearing held on 5/27/2008 regarding motion for leave to file [12]. MOTION by Defendant Ralph Neri Sewer Service, Inc. for leave to file answer late[12] is granted. The status date of 5/29/2008 is stricken. Status hearing reset for 7/15/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.