6-24-08BTB137870                                                    65100-966LIT4531

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually, but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RALPH NERI SEWER SERVICE, INC., an Illinois corporation, <br><br> Defendants. | No. 08 C 2012 <br><br> Judge Coar <br><br> Magistrate Judge Valdez |

### STIPULATION TO DISMISS

Plaintiffs, James T. Sullivan, not individually but as Trustee of Plumbers' Pension Fund, Local 130, U.A., etc., et al., by their attorneys, John W. Loseman, Douglas A. Lindsay, Lisa M. Simioni, and Brian T. Bedinghaus, and Defendant, Ralph Neri Sewer Service, Inc., by its attorney Burr E. Anderson, pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), and pursuant to a settlement among the parties, hereby stipulate to the dismissal of this case with prejudice.

Ralph Neri Sewer Service, Inc., by its
attorney, Burr E. Anderson

By: _____
Burr E. Anderson
Anderson Law Offices
407 South Dearborn Street
Suite 1085
Chicago, IL 60605
312.957.0808

James T. Sullivan, not individually but as a
Trustee of Plumbers' Pension Fund, Local
130, U.A., etc., et al., by their attorneys,
John W. Loseman, Douglas A. Lindsay, Lisa
M. Simioni, and Brian T. Bedinghaus,

By: _____
Brian T. Bedinghaus
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312.580.1269

CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Stipulation to Dismiss on the following person(s):

Burr E. Anderson
Anderson Law Offices
407 South Dearborn Street
Suite 1085
Chicago, IL 60605
burranderson@employmentlawillinois.com
burranderson@sbcglobal.net

through the CM/ECF system of the United States District Court for the Northern District of Illinois as a result of electronic filing made this 30th day of June, 2008.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

                                            /s Brian T. Bedinghaus
                                            BRIAN T. BEDINGHAUS